UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERARD FARRIS, | : |
|     Plaintiff, | : |
| V. | : 04-144 |
| INDISCRETION, INC., | : |
|     Defendant. | : |

## VOLUNTARY DISMISSAL

The plaintiff hereby dismisses his cause of action against the defendant Indiscretion, Inc. WITHOUT (RWC) ~~with~~ prejudice.

*/s/ Raymond W. Cobb*
RAYMOND W. COBB, I.D. #2653
Three Mill Road, Ste. 206
Wilmington, DE 19806
Attorney for Plaintiff